*James T. Rogers* v. *Jacob Burhans.* W. SILLIMAN, for complainant; O. L. BARBOUR, for defendant. Injunction, so far as it restrains the defendant from collecting and receiv-

ing the rents and profits of the Neely farm, dissolved, with $12 costs.